```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN A. SNYDER,                )
                               )
            Petitioner,        )   Civil Action No. 09-398
                               )
    v.                         )   Judge McVerry
                               )   Magistrate Judge Bissoon
RICHARD GIGLIOTTI, et al.,     )
                               )
            Respondents.       )
```

### MEMORANDUM ORDER

John Snyder's Petition for Writ of Habeas Corpus was filed on April 6, 2009, and was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on June 29, 2009, recommended that Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus filed by Petitioner Snyder (Doc. 7) be granted, and that a certificate of appealability be denied. The parties were allowed ten days from the date of service to file objections. A copy of the Report and Recommendation was sent by First Class United States Mail to Petitioner at his place of incarceration. Objections were due on or before July 17, 2009, but none have been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following

order is entered:

AND NOW, this 7th day of August, 2009,

IT IS HEREBY ORDERED that the Motion to Dismiss the Petition for Writ of Habeas Corpus filed by John Snyder (Doc. 7) is GRANTED, and a certificate of appealability is DENIED.

The Report and Recommendation of Magistrate Judge Bissoon (Doc. 9), dated June 29, 2009, is adopted as the opinion of the court.

IT IS FURTHER ORDERED that Petitioner's Motion for Reconsideration (Doc. 13) is DENIED.

s/Terrence F. McVerry
Terrence F. McVerry
U.S. District Court Judge

cc:
JOHN A. SNYDER
01972
Butler County Prison
121 Vogeley Way
Butler, PA 16001-5777